## LA SALLE LIFE INS. CO. v. GARZA.
### No. 10171.

Court of Civil Appeals of Texas. San Antonio.

Oct. 27, 1937.

Rehearing Denied Nov. 24, 1937.

Tom Sanders, of Houston, for plaintiff in error.

J. R. Murray, of Houston, for defendant in error.

SLATTON, Justice.

This cause having been submitted without briefs filed by the parties, and there appearing no fundamental error apparent on the face of the record, the appeal will be dismissed for want of prosecution.